OCTOBER 10, 1991

No. 91–61.  MONROE CLINIC *v.* NELSON ET AL.  C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 15, 1991

No. 91–269.  HELLING ET AL. *v.* MCKINNEY.  C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wilson* v. *Seiter,* 501 U. S. 294 (1991). JUSTICE BLACKMUN and JUSTICE STEVENS would deny certiorari.

No. A–142.  TRINSEY *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1005.  IN RE DISBARMENT OF KELLY.  Motion to defer consideration denied.  Disbarment entered.  [For earlier order herein, see 501 U. S. 1203.]